STATE of Missouri, Respondent,

v.

Myron JACKSON, Appellant.

No. ED 75893.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 20, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2000.

Application for Transfer Denied
Aug. 29, 2000.

Gwenda R. Robinson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J. and JAMES A. PUDLOWSKI, Sr. J.

PER CURIAM.

Defendant, Myron Jackson, appeals from a conviction of second degree murder, section 565.021, RSMo 1994, and a conviction of armed criminal action, section 571.015, RSMo 1994. He was sentenced to a term of thirty years imprisonment on the second degree murder conviction and to a concurrent term of five years imprisonment on the armed criminal action conviction. We have reviewed the record on

appeal and find no error of law. An extended opinion would serve no jurisprudential purpose.

We affirm the judgment on conviction pursuant to Rule 30.25(b).